UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LEWIS CLARKE,

               Supervisee.

No. **16CR00032-01 (PKC)**
**S2 12CR00863-25 (PKC)**
ORDER

P. KEVIN CASTEL, SENIOR UNITED STATES DISTRICT COURT JUDGE:

IT IS HEREBY ORDERED THAT Supervisee Lewis Clarke must reside in a Residential Re-Entry Center for a period of ninety (90) days, during which time he must not be permitted to leave the facility except for his substance abuse treatment/testing, mental health treatment, employment assistance, pending criminal court appearances, or other acceptable reasons as approved by the Probation Department. He must abide by all the rules and regulations of the Residential Re-Entry Center.

SO ORDERED.

Dated:    February 21, 2023
            New York, New York

                                                  P. KEVIN CASTEL
                                                  SENIOR U.S. DISTRICT JUDGE