UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Lewis Clarke,<br><br>　　　　　　　Supervisee | No. 1:16-CR-00032<br><br>ORDER |

Honorable Ona T. Wang, U.S. Magistrate Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during an initial appearance regarding revocation of supervised release held on May 29, 2024, the bail Conditions are modified to include the following:

You must reside in a Residential Re-Entry Center for a period of ninety (90) days, during which time you must not be permitted to leave the facility except for work, religious observance or other acceptable reasons as approved by the Probation Department. You must abide by all the rules and regulations of the Residential Re-Entry Center.

SO ORDERED.

Dated:   June 10, 2024
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Ona T. Wang
　　　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge