UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Lewis Clarke,<br><br>                    Supervisee. | No. 1:16-CR-00032<br><br>ORDER |

Honorable P. Kevin Castel, Senior U.S. District Judge:

IT IS HEREBY ORDERED: As Clarke's initial order for placement in the Residential Re-Entry Center is set to expire on September 12, 2024, the bail Conditions are modified to extend the placement as follows:

You must reside in a Residential Re-Entry Center for an additional period of ninety (90) days, during which time you must not be permitted to leave the facility except for work, religious observance or other acceptable reasons as approved by the Probation Department. You must abide by all the rules and regulations of the Residential Re-Entry Center.

SO ORDERED.

Dated:   August 30, 2024
         New York, New York

_____
Honorable P. Kevin Castel
Senior U.S. District Judge