UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Lewis Clarke,<br><br>　　　　　　　Supervisee. | No. 1:16-CR-00032<br><br>ORDER |

Honorable P. Kevin Castel, Senior U.S. District Judge:

IT IS HEREBY ORDERED: that, the violation specifications as to Lewis Clarke dated May 30, 2024 are dismissed and he is discharged from the Bureau of Prisons Residential Reentry Center effective immediately.

SO ORDERED.

Dated:   October 25, 2024
         New York, New York

P. Kevin Castel
United States District Judge