U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

October 25, 2024

**BY ECF AND EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED.  VOSR conference scheduled for November 19, 2024 is VACATED.
> SO ORDERED.
> Dated:  10/25/2024
>
> _/s/ P. Kevin Castel_
> P. Kevin Castel
> United States District Judge

Re:    United States v. Lewis Clarke, 16 Cr. 32 (PKC)

Dear Judge Castel:

    The Government writes to inform the Court that the defendant's state case in this matter has been dismissed. After its own review of the matter, the Government and the Probation Office do not intend to proceed further with the violation of supervised release and the Probation Office seeks to dismiss the specifications. The Government and the Probation Office therefore respectfully request that the Court dismiss the specifications dated May 30, 2024.

    The Government has attached, as Exhibit A, a proposed order which dismisses the specifications and provides for Mr. Clarke's immediate release from the residential reentry center at which he currently resides.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _Dina McLeod_
Dina McLeod
Assistant United States Attorney
(212) 637-1040

cc: Counsel of record (by email and ECF)